**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 02 2008

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TONI A. MEDAWIS,

      Plaintiff,

vs.                                        Civ. No. 07-232 JP/RHS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## ORDER

THIS MATTER comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge, filed June 3, 2008 **[Doc. No. 21]**. No objections to the PFRD have been filed. Having reviewed the same, the Court will adopt the PFRD, grant Plaintiff's Motion to Reverse or Remand Administrative Agency Decision **[Doc. No. 15]** and remand this matter for further proceedings.

WHEREFORE,

IT IS ORDERED that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge **[Doc. No. 21]** are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision **[Doc. No. 15]** is **granted** and this matter is remanded to the Commissioner for further proceedings, to include:

    (1)    an evaluation of the additional evidence considered by the Appeals Council, including the consultative examination report of Charles D. Mellon, M.D.,

    (2)    a re-assessment of Plaintiff's impairments at step two, and

(3) additional proceedings in light of any new findings, as necessary.

                                                                                                   _[signature] for Perkins, J_
                                                                                                  UNITED STATES DISTRICT JUDGE